AO 91 (Rev. 08/09)  Criminal Complaint

FILED by _____ D.C.

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Nicu Calin | ) | Case No. 13-8282-JMH |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

JUN - 5 2013

STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___2/9/2013 through 2/16/2013___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1029(b)(1), (a)(1), and (a)(4) 18 U.S.C.§§ 1349 and 1344 | Conspiracy to commit access device fraud and conspiracy to commit bank fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_I find probable cause. J. M.H._

Sworn to before me and signed in my presence.

Date: 6-5-13

City and state: ___WEST PALM BEACH, FLORIDA___

_____
Complainant's signature

Manuel Hernandez, Special Agent, HSI
Printed name and title

_____
Judge's signature

JAMES M. HOPKINS, MAGISTRATE JUDGE
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**vs.**

**Nicu Calin**

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Manuel Hernandez, being first duly sworn, hereby depose and state as follows:

I make this affidavit in support of complaint charging Nicu Calin (CALIN) with
conspiracy to commit access device fraud and conspiracy to commit bank fraud.

I am a Special Agent of the United States Department of Homeland Security Immigration
Customs Enforcement Agency office of Homeland Security Investigations ("HSI"), and have
been so employed since March 2010. I am an investigative or law enforcement officer of the
United States within the meaning of Section 2510(7) of Title 18, United States Code, Section
2516. I am currently assigned to the HSI Miami Special Agent in Charge. Prior to HSI, I served as
a Special Agent of the United States Department of Health and Human Services Office of the
Inspector General from approximately March 2005 until February 2010. During my tenure as a
special agent, I have conducted numerous criminal investigations into, among other crimes, bank
fraud, fraud and related activity in connection with access devices, fraud and related activity in
connection with identification documents, authentication features and information, aggravated
identity theft and conspiracy.

The facts in this affidavit come from my personal observations, my training and
experience, and information obtained from other agents, law enforcement officers, bank
surveillance video, bank transaction records, rental car leasing records, State of Florida Motor

Vehicle records, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

Your affiant is investigating a suspected case involving a scheme to defraud generally referred to as ATM Skimming. In this scheme, a small portable card-reading device ("skimming device") is placed over or inside of the mouth of the card slot of a bank automated teller machine (ATM) to create a false front. The skimming device is often attached using glue. This skimming device reads and stores the information encoded on the magnetic stripes of the debit or credit cards that are introduced in the ATM by legitimate bank customers. A miniature camera is surreptitiously mounted somewhere on the ATM, concealed within the light panel, or built into the device itself to capture customers entering their Personal Identification Number ("PIN") access codes. After the perpetrators of the scheme have removed the undetected skimming device and camera, the debit card numbers stored in the skimmer and the video from the camera are electronically extracted ("downloaded") from the skimming device using a computer. The downloaded debit card numbers are subsequently electronically re-encoded onto the magnetic strips of blank plastic cards or gift cards. These manufactured cards, containing the legitimate bank customers' information, then serve in place of the actual bank debit cards. The video, obtained from the camera, is reviewed by the perpetrators in order to obtain the customers' PIN access codes. These counterfeit debit cards are then used in combination with PIN access codes to make unauthorized withdrawals from the legitimate bank customers' accounts.

In support of this affidavit, I incorporate my prior affidavits from United States v. Chiciu et al., case no. 13-8093-DLB, United States v. Margel, case no. 13-8102-DLB, and United States v. Slatineanu, case no. 13-8144-WM, which among them charged seven defendants with

conspiracy to commit access device fraud and conspiracy to commit bank fraud. Copies of those affidavits are attached to hereto. A federal grand jury subsequently indicted the same seven defendants and two additional defendants for the same two conspiracies and in addition indicted some of the defendants for bank fraud, access device fraud, and aggravated identity theft in case no. 13-80055-CR- Dimitrouleas(s)(s). As described in more detail my prior affidavits, beginning no later than September 21st, 2012, a group of Romanian nationals conducted a skimming operation throughout the state of Florida, including in Palm Beach County and other locations in the Southern District of Florida. (My prior affidavits described offense conduct beginning on November 4th, 2012. Since I submitted those affidavits, this investigation has uncovered additional, earlier, offense conduct by the same conspirators. Because this additional offense conduct before November 4th, 2012 did not involve CALIN, I do not describe it here.) Much of this skimming occurred at SunTrust ATMs. SunTrust is identified is the "local bank" discussed in my earlier affidavits.

SunTrust Bank reported that on February 10th, 12th, and 16th skimming devices were placed on ATMs on at least four of their respective branches located throughout Orlando, FL including; Dr. Phillips Branch, Metro West Branch, Bay Hill Branch, and West Orange Branch.

SunTrust Bank reported that on February 9th, 2013 two male individuals, later identified by law enforcement officers as CALIN and an individual solely known as "CATANA" were captured on surveillance video at the Metro West Branch appearing to test if the skimming device they possessed fit onto the ATM. Additionally, SunTrust Bank reported that on February 12th, a skimming device was installed at the same branch. A review of the surveillance video revealed that a male individual known to law enforcement solely as "BOBOCAS" and a female individual known to law enforcement as "ALISSA LISA" installed the skimming device.

3

SunTrust Bank reported that on February 10th, 2013 a skimming device was installed at the Dr. Phillips Branch. A review of the surveillance video revealed that CALIN and CATANA installed the skimming device.

SunTrust Bank reported that on February 16th, 2013 a skimming device was installed at the Bay Hill Branch. A review of the surveillance video revealed that BOBOCAS installed the device, CATANA drove the vehicle used during the installation, and CALIN was in the backseat alongside BOBOCAS as the device was installed.

SunTrust Bank reported that on February 16th, 2013 a skimming device was installed at the West Orange Branch. A review of the surveillance video revealed that CALIN and an unidentified male installed the device.

SunTrust Bank reported that on February 23rd, 2013 a skimming device was installed at the Lake Nona Branch. A review of the surveillance video revealed that BOBOCAS installed the skimming device. Law enforcement officers retrieved the skimming device and corresponding camera. Forensic testing of the items retrieved revealed a fingerprint. Subsequently, the fingerprint was submitted for comparison through law enforcement databases. A match was obtained for CALIN with date of birth 09-23-1969.

A subsequent check of immigration databases revealed that CALIN with date of birth 09-23-1969 was encountered by immigration officers on 04-15-2011 after having entered the United States illegally.

A review of the booking photograph taken during the immigration encounter and the aforementioned SunTrust bank surveillance video of February 10th, 2013 appear to be the same person, CALIN.

A cooperating defendant ("CD") in case No. 13-8-0055-CR-Dimitrouleas has reported

that CD had a conversation with BOBOCAS in which they discussed ATM skimming and BOBOCAS discussed his intention to obtain skimmers from Individual 1. CD reported that he also obtained his skimmers from Individual 1, and that Individual 1 supervised CD in the conspiracy. CD also identified ALISSA LISA as a member of the conspiracy, and further advised that ALISSA LISA is the girlfriend of ANTONIO DUMITRU, who is also charged in the aforementioned case and is currently a fugitive.

Suntrust surveillance video indicates that, in addition to the incidents described in this affidavit, ALISSA LISA and DUMITRU together retrieved skimmers from Suntrust ATMs in Broward and Palm Beach Counties on January 5th, January 13th, and January 19th, 2013. On January 5th and January 13th, DUMITRU also installed the skimmers. On January 19th, Individual 1 did so. On January 13th, BOBOCAS inspected the skimmer after it had been installed and before ALISSA LISA and DUMITRU removed it.

In addition, ALISSA LISA also took part in at least three additional SunTrust skimming incidents in conjunction with Individual 2, an uncharged member of the conspiracy.  These three incidents include two on February 16th and 17th in Naples, FL. These incidents took place approximately four days after ALISSA LISA participated along with BOBOCAS in the above described skimming incident at the SunTrust Metro West Branch in the Orlando area. Individual 2 had previously installed skimmers on Suntrust ATMs on several other occasions. On some of those occasions, EUGEN BACELAN or VICTOR SLATINEANU later retrieved those skimmers. As discussed in the attached affidavits, both BACELAN and SLATINEANU are members of the skimming conspiracy charged in case no. 13-80055-CR-Dimitrouleas, and both have been indicted in that case.

Respectfully submitted,

Manuel Hernandez
Special Agent
Homeland Security Investigations


Subscribed and sworn to before me on this _____5_____ day of June 2013

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. _13-8282-JMH_

**UNITED STATES OF AMERICA**

**vs.**

**NILCU CALIN,**

        **Defendant.**

_____/

### CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes  _X_ No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:    _Marc Osborne_

MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
Email: marc.osborne@usdoj.gov